UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION AND PROPOSED ORDER
DISMISSING WITH PREJUDICE ALL
CLAIMS AGAINST DARBY GROUP
COMPANIES INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Darby Group Companies, Inc. ("Darby Group") that all claims of each Dismissing Plaintiff against any Darby Group are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

October 31, 2022

**Agreed as to form and substance:**

___*/s/ Salvatore C. Badala, Esq.*___
Salvatore C. Badala, Esq.
NAPOLI SHKOLNIK PLLC
360 Lexington Ave, 11th Floor
New York, NY 10017
(212) 397-1000
SBadala@napolilaw.com
*Plaintiffs' Counsel*

**Agreed as to form and substance:**

October 31, 2022

_*/s/ John Paul Fulco, Esq.*_____
John Paul Fulco, Esq.
OFFIT KURMAN P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel: 212-545-1900
Fax: 212-545-1656
Email: jfulco@offitkurman.com
*Counsel for Defendant Darby Group Companies, Inc.*

*/s/ Richard P. Romeo, Esq.*_____
Richard P. Romeo, Esq.
OFFIT KURMAN P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel: 347-589-8547
Fax: 212-545-1656
Email: rromeo@offitkurman.com
*Counsel for Defendant Darby Group Companies, Inc.*

SO ORDERED this 7th day of
November, 2022.


   /s/Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge