# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-MD-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *City of Rochester v. Purdue Pharma L.P.,* No. 19-op-45853 (Track 12) | |

## ORDER CONCERNING PRODUCTION OF
## ROCHESTER DRUG CO-OPERATIVE DOCUMENTS

This matter comes before the Court by virtue of correspondence submitted by Express Scripts, Inc. and OptumRx, Inc. (collectively, the "PBM Defendants") concerning access to documents previously produced by Rochester Drug Co-Operative ("RDC") in the New York opioid litigation, *In re Opioid Litigation*, Index No. 400000/2017 (N.Y. Sup. Ct. Suffolk Cnty.) (the "New York Litigation") for use in this MDL litigation. Plaintiff City of Rochester ("City") opposed the request.

Having reviewed the positions of the relevant parties, IT IS HEREBY ORDERED that:

1. McKesson Corp. shall produce to counsel for the City of Rochester all documents previously produced by RDC in the New York Litigation to which it has access (the "RDC Documents").

2. Within ten (10) business days after receipt of the RDC Documents from McKesson, counsel for the City shall reproduce those same RDC Documents to counsel for the PBM Defendants for use in this MDL litigation.

3. The RDC Documents shall be assigned at least the same confidentiality designation level in the MDL as under the Protective Order entered in the New York litigation.

4. To the extent that technical or logistical issues associated with transfer of the RDC Documents arise, all parties shall cooperate in good faith to facilitate prompt production of the RDC Documents.

5. No party shall be deemed to have violated the terms of the Protective Order entered in the New York Litigation by virtue of having complied with this Order.

**IT IS SO ORDERED.**

Dated: November 6, 2025

DAN AARON POLSTER<br>UNITED STATES DISTRICT JUDGE